UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ABDIRIZAK ABDIYOW,

       Plaintiff,

Case No. 1:25-cv-488

v.

Honorable Ray Kent

KENT COUNTY et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED without prejudice** for lack of prosecution and failure to comply with the Court's order.

Dated:  June 5, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge